IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                          CRIMINAL NO. 2:98-cr-5-KS-MTP
                                 CIVIL ACTION NO. 2:16-cv-192 -KS

HAROLD EUGENE DAMPER

ORDER

THIS CAUSE IS BEFORE THE COURT on Notice of Appeal [42] and First Motion for Leave to Appeal In Forma Pauperis [243] filed by Damper. The Court has considered the Motion and the fact that Damper has been incarcerated for an extended period of time. However, it is the policy of this Court to obtain a Financial Affidavit and Institutional Statement of Account prior to granting appeal without prepayment of fees.

The Court finds that the Clerk of this Court should forward to Movant and his attorneys at their record addresses the information and forms necessary for in forma pauperis status.

SO ORDERED this the  24th  day of March, 2017.

                                            s/Keith Starrett
                                        UNITED STATES DISTRICT JUDGE